NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1546

JAMES X. BORMES, individually
and on behalf of all others similarly situated,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of Illinois in case no. 08-CV-7409, Judge Charles R. Norgle, Sr.

ON MOTION

O R D E R

The United States moves without opposition for a 30-day extension of time, until April 7, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   John G. Jacobs, Esq.
      Henry C. Whitaker, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 1 2010

JAN HORBALY
CLERK